FILED IN
1st COURT OF APPEALS
HOUSTON, TX
January 8, 2015
CHRISTOPHER A. PRINE,
CLERK

**CAUSE NO. 2012-33464**

| | | |
|---|---|---|
| **LETICIA B. LOYA** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HARRY L. TINDALL,** | § | |
| **INDIVIDUALLY,** | § | |
| **AND TINDALL & ENGLAND** | § | |
| | § | |
| **Defendants.** | § | **190th JUDICIAL DISTRICT** |

## NOTICE OF ACCELERATED APPEAL

NOTICE IS HEREBY GIVEN that Leticia B. Loya, Plaintiff in the above-named case, hereby appeals to the First or the Fourteenth Houston Court of Appeals from the district court's order granting the special appearances of Defendants Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., and Tinsel Group, S.A. on December 2, 2014.[1]

IT IS SO ORDERED.

Respectfully submitted,

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)

By:    /s/ James E. Payne
James E. Payne
State Bar No. 00788171
Mark C. Sparks
State Bar No. 24000273
Jennifer Job
State Bar No. 24050682

---

[1] The District Court's decision to grant a special appearance is immediately appealable in an accelerated appeal under section 51.014(a)(7) of the Texas Civil Practice and Remedies Code.

1

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to all known counsel of record via EFILE and/or certified mail, return receipt requested on this 18TH day of December, 2014.

_____/s/ James E. Payne_____
James E. Payne